1

2    **SACKETT**
   AND ASSOCIATES

3 HARVEY P. SACKETT (72488)

4

5 1055 Lincoln Avenue
   Post Office Box 5025
6 San Jose, California 95150-5025
   Telephone: (408) 295-7755
7 Facsimile: (408) 295-744

8 /nj

9 Attorney for Plaintiff

10

11                 UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14 OCTAVIO P. GARZA,         ) Case No.: 1:06-cv-00333-AWI-LJO
                                    )
15     Plaintiff,          )
                                    )
16 v.                     ) STIPULATION AND ORDER
17                           )
                                    )
18                         )
19 JO ANNE B. BARNHART,      )
   Commissioner, Social Security   )
20 Administration,               )
21                         )
    Defendant.        )
22 _____)

23     Plaintiff and Defendant, through their respective attorneys,

24 hereby stipulate that Plaintiff shall have an extension of time up through and including

25 Monday, October 23, 2006 in which to file the Confidential Letter. This extension is

26 necessitated by the number of other cases Plaintiff's counsel currently has before the

27 ///

28

district court that also require briefing.

Dated: October 5, 2006          /s/
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney


Dated: October 5, 2006          /s/
                                HARVEY P. SACKETT
                                Attorney for Plaintiff
                                OCTAVIO P. GARZA


IT IS SO ORDERED.

**Dated:   October 17, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE