**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP

HARVEY P. SACKETT (72488)

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| OCTAVIO P. GARZA, | Case No.: 1:06-CV-00333-AWI-LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, February 5, 2007 in which to file his Opening Brief. This extension is necessitated by the

1

STIPULATION AND ORDER

number of other cases (8) Plaintiff's counsel currently has before the various district courts that also require briefing in and around this time period.

Dated: December 12, 2006          /s/KRISTI C. KAPETAN
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney


Dated: December 12, 2006          /s/HARVEY P. SACKETT
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  OCTAVIO P. GARZA

IT IS SO ORDERED.

**Dated:   December 18, 2006**           /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER