McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| OCTAVIO P. GARZA,            )<br>                              )<br>    Plaintiff,            )<br>                              )<br>    v.                    )<br>                              )<br>MICHAEL J. ASTRUE[1],         )<br>Commissioner of              )<br>Social Security,             )<br>                              )<br>    Defendant.           )<br>_____) | CIVIL NO. 1:06-CV-00333-AWI (LJO)<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from February 20, 2007 to March 20, 2007.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: February 14, 2007 | /s/ *Harvey P. Sackett* |
|   |   | (As authorized via facsimile) |
| 3 |   | HARVEY P. SACKETT |
|   |   | Attorney for Plaintiff |

Dated: February 14, 2007          McGREGOR W. SCOTT
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ *Mary P. Parnow*
                                  MARY P. PARNOW
                                  Special Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **February 20, 2007**              **/s/ Dennis L. Beck**
9b0hie                                    UNITED STATES MAGISTRATE JUDGE

2