McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
MARY PARNOW, CBN 174980
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OCTAVIO P. GARZA,

    Plaintiff,

        v.

MICHAEL J. ASTRUE[1],
Commissioner of
Social Security,

    Defendant.

CIVIL NO. 1:06-cv-00333-LJO-NEW (DLB)

STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) for further proceedings.  On remand, the Administrative Law Judge will be directed to reevaluate the opinion of Dr. Sherry Lopez; obtain updated medical records from treating sources; reevaluate the opinions of record; reassess the claimant's residual functional capacity and obtain supplemental vocational expert testimony.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court
2  shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the
3  Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: March 1, 2007
/s/ Harvey P. Sackett
(As authorized via facsimile)
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: March 1, 2007
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Mary P. Parnow
MARY P. PARNOW
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:    **March 7, 2007**        /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

9b0hie